UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIDGET STEWART,

        Plaintiff,                       Case No. 2:23-cv-12296

v.                                          Honorable Susan K. DeClercq
                                              United States District Judge

WAYNE COUNTY PROBATE COURT
et al.,                                       Honorable David R. Grand
        Defendants.                  United States Magistrate Judge
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF No. 50) AND GRANTING IN PART DEFENDANTS' MOTION TO DISMISS (ECF No. 39)**

On February 10, 2025, Magistrate Judge David R. Grand issued a report recommending that this Court grant in part Defendants' Motion to Dismiss. ECF No. 50. Judge Grand recommended that Defendants' Motion to Dismiss, ECF No. 39, be granted to the extent that Plaintiff's discrimination claim concerning the Behavioral Health Unit (BHU) Technical Coordinator position be dismissed, but that Defendants' Motion be denied in all other respects. ECF No. 50 at PageID.838.

Judge Grand provided 14 days for objections to be filed, but no party filed objections. They have therefore forfeited their right to appeal Judge Grand's findings. *See Berkshire v. Dahl*, 928 F.3d 520, 530–31 (6th Cir. 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). Moreover, there is no prejudicial clear error in the report.

- 2 -

Accordingly, it is **ORDERED** that the Report and Recommendation, ECF No. 50, is **ADOPTED**.

Further, it is **ORDERED** that Defendants' Motion to Dismiss, ECF No. 39, is **GRANTED IN PART** to the extent that Plaintiff's discrimination claim concerning the BHU Technical Coordinator position is dismissed. Defendants' Motion to Dismiss, ECF No. 39, is **DENIED IN PART** in all other respects.

**This is not a final order and does not close the above-captioned case.**

                                                                 */s/Susan K. DeClercq*
                                                                  SUSAN K. DeCLERCQ
                                                                  United States District Judge

Dated: March 4, 2025